United States District Court
for the District Of New Jersey

DAVID J. CAIVANO,

           Plaintiff,

v.

PRODUCTION WORKERS UNION LOCAL 148, PRODUCTION WORKERS UNION LOCAL 148 WELFARE FUND, PRODUCTION WORKERS UNION 148 LOCAL 148 PENSION FUND, ABC CORP, INTERNATIONAL UNION OF ALLIED NOVELTY AND PRODUCTION WORKERS, AFL-CIO,

           Defendants.

Civil No.: 13-5746 (KSH)

**Order**

      This matter having come before the Court on the plaintiff's motion to remand [D.E. 10] and defendant International's motion to dismiss [D.E. 14], and for the reasons set forth in the accompanying opinion [D.E. 36],

      **IT IS**, on this 30th day of June, 2014,

      **ORDERED** that the motion to remand [D.E. 10] is granted; and it is further

      **ORDERED** that the matter is remanded to Hudson County Superior Court; and it is further

      **ORDERED** that the motion to dismiss [D.E. 14] is deemed moot; and it is further

      **ORDERED** that the Clerk of the Court shall close this case.

                                                          /s/ Katharine S. Hayden
                                                          Katharine S. Hayden, U.S.D.J.